IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **JAMES HERRING**<br>    Plaintiff, | §<br>§<br>§ | |
| vs. | §<br>§<br>§ | CIVIL ACTION NO. _____ |
| **AMICA MUTUAL INSURANCE COMPANY,**<br>    Defendants. | §<br>§<br>§<br>§ | |

## DEFENDANT'S NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

Defendant AMICA MUTUAL INSURANCE COMPANY, ("Defendant") timely files this Notice of Removal pursuant to 28 U.S.C. § 1441(a), 28 U.S.C. § 1332(a), and 28 U.S.C. § 1446(b), removing this action from the County Court at Law No. 3 of Nueces County, Texas, to the United States District Court for the Southern District of Texas, Corpus Christi Division, and in support thereof shows as follows:

### A.     Introduction

1. Plaintiff commenced this lawsuit against Defendant in the County Court at Law No. 3 of Nueces County, Texas on or about April 9, 2022. A true and correct copy of the Original Petition along with documents reflecting service are attached hereto as Exhibit "A." Plaintiff served the Original Petition on Defendant AMICA MUTUAL INSURANCE COMPANY through its registered agent on May 10, 2022.

2. Defendant is filing this Notice of Removal within 30 days of its first receipt of Plaintiff's Original Petition as required by 28 U.S.C. § 1446(b).

3.     Plaintiff seeks to recover damages in this lawsuit based on allegations of failure to offer a fair settlement of Plaintiff's claims under the uninsured/underinsured provisions of Plaintiff's policy with Defendant. Plaintiff's claims against Defendant arises from a motor vehicle accident that allegedly occurred on or about June 4, 2021 wherein Plaintiff claims he sustained bodily injuries and property damages for which Plaintiff alleges he was protected against loss caused by bodily injury and property damage resulting from the ownership, maintenance, or use of an uninsured or underinsured motor vehicle by a policy of insurance issued by Defendant.

### B.     Jurisdiction & Basis for Removal

4.     This Court has jurisdiction in the case pursuant to 28 U.S.C. §1332, in that there is complete diversity of citizenship between the parties.  Accordingly, statutory authority for the removal of this matter is conferred by 28 U.S.C. §§ 1441 and 1446.  Plaintiff is an individual residing in Corpus Christi, Nueces County, Texas, and is therefore a citizen of the State of Texas. Defendant Amica Mutual Insurance Company is a Rhode Island corporation with its principal place of business in Lincoln, Rhode Island, and is therefore a citizen of Rhode Island.  Defendant is not a citizen of Texas.

5.     Plaintiff's Petition states that it is seeking monetary relief of over $200,000.00 but not more than $1,000,000.00. Therefore, the amount in controversy exceeds $75,000 in fulfillment of the minimum jurisdictional requirements of 28 U.S.C. § 1332.

6.     Venue is proper in this district and division under 28 U.S.C. § 1441(a) because the state court where the state action has been pending is located in this district and division.

7.     Contemporaneous with the filing of this Notice of Removal, Defendant is filing a Notice of Filing Notice of Removal with the Clerk of Court for the County Court at Law No. 3 of Nueces County, Texas pursuant to 28 U.S.C. § 1446(d).

8. Attached hereto are all documents required by LR 81, USDC/SDTX Local Rules and 28 U.S.C. § 1446(a).

9. Defendant also requests a trial by jury pursuant to Rule 81(c)(3)(A), Federal Rules of Civil Procedure and LR 38.1, USDC/SDTX Local Rules.

10. All fees required by law in connection with this Notice have been tendered and paid by Defendant.

WHEREFORE, AMICA MUTUAL INSURANCE COMPANY hereby removes the above-captioned matter now pending in the County Court at Law No. 3 of Nueces County, Texas to the United States District Court for the Southern District of Texas, Corpus Christi Division.

Respectfully Submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By: _____
Andrew J. McCluggage – Attorney in Charge
State Bar No. 24065708
E-Mail: amccluggage@thompsoncoe.com
Swetha Sajja
State Bar No. 24099942
E-Mail: ssajja@thompsoncoe.com
One Riverway, Suite 1400
Houston, Texas 77056
(713) 403-8210; Fax: (713) 403-8299

**ATTORNEYS FOR DEFENDANT
AMICA MUTUAL INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2022, a true and correct copy of the foregoing document was electronically filed with the Court using the Case Management/Electronic Case Files system to enter the filing into the records of the Court and serve same upon all known parties in accordance with the Federal Rules of Civil Procedure.

Sam Bavafa
The Law Office of Thomas J. Henry, PLLC
521 Starr Street
Corpus Christi, TX 78401
*Attorney for Plaintiff*

**COUNSEL FOR PLAINTIFF**

_____
ANDREW J. MCCLUGGAGE