Case 2:22-cv-00119   Document 24   Filed on 11/19/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
November 19, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JAMES HERRING, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:22-CV-00119 |
| | § | |
| AMICA MUTUAL INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to the Order Granting Agreed Motion to Dismiss with Prejudice (D.E. 23), the Court enters final judgment dismissing this action with prejudice.

**ORDERED** on November 19, 2024.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE